*558 Judgment, Supreme Court, New York County (Paul G. Feinman, J.), entered July 20, 2012, denying the petition to annul respondent’s determination, dated August 4, 2011, which denied petitioner’s application for a mortgage loan origination (MLO) license, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.
Banking Law § 599-e (1) (b) (ii) prohibits the issuance of a MLO license if the applicant has been convicted of a felony and, in the event the conviction was more than seven years before the application, “if such felony involved an act of fraud, dishonesty, or a breach of trust, or money laundering.” Here, petitioner pled guilty in 1989 to conspiracy to defraud the United States in federal district court. Although petitioner received a certificate of relief in 1996, the certificate stated that it was not to be considered a pardon. Accordingly, the challenged determination was not arbitrary and capricious.
Petitioner’s contention that, in determining his application, respondent should have considered the factors set forth in Correction Law § 753, which pertains to the application for a license or employment of a person previously convicted of a criminal offense, has been rejected by this Court (see Matter of Rampolla v Banking Dept. of the State of NY., 93 AD3d 526 [1st Dept 2012]). Concur — Tom, J.P, Mazzarelli, Saxe, Moskowitz and ManzanetDaniels, JJ. [Prior Case History: 2012 NY Slip Op 31887(U).]